No. 02–855. GALAZA, WARDEN, ET AL. *v.* AVILA. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari dismissed as moot. 

No. 02–8432. NORTHINGTON *v.* MICHIGAN DEPARTMENT OF CORRECTIONS. Ct. App. Mich. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1. See *Martin* v. *District of Columbia Court of Appeals*, 506 U. S. 1 (1992) *(per curiam)*. JUSTICE STEVENS dissents. See *id.*, at 4, and cases cited therein.

No. 02–8562. JARRETT *v.* MANCAN, INC., DBA MANPOWER, INC. C. A. 6th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 02A647. MOORE *v.* GRIEVANCE COMMITTEE. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Application for stay of enforcement of order of disbarment of applicant, addressed to JUSTICE BREYER and referred to the Court, denied.

No. D–2354. IN RE DISCIPLINE OF PORRO. Alfred A. Porro, Jr., of Lewisburg, Pa., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.